## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allan C. Smith aka Allan Christopher Smith<br>　　　　　　Debtor | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>　　　　　　Movant<br>vs. | NO. 16-16006 MDC |
| Allan C. Smith aka Allan Christopher Smith<br>　　　　　　Debtor | 11 U.S.C. Section 362 |
| Bonnie B. Finkel Esq.<br>　　　　　　Trustee | |

### ORDER

AND NOW, this 29th day of November 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 347 Stockham Avenue, Morrisville, PA 19067 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Allan C. Smith aka Allan Christopher Smith
347 Stockham Avenue
Morrisville, PA 19067

Dmitry A. Braynin, 1051 County Line Road
Huntington Valley, PA 19006

Bonnie B. Finkel Esq.
P.O. Box 1710 (VIA ECF)
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532